UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | CASE NO. 3:10-bk- |
| BLACK CROW MEDIA GROUP, LLC, | CHAPTER 11 |
| Debtor. / | |
| In re: | CASE NO. 3:10-bk- |
| BCA RADIO, LLC, | CHAPTER 11 |
| Debtor. / | |
| In re: | CASE NO. 3:10-bk- |
| BLACK CROW BROADCASTING, INC., | CHAPTER 11 |
| Debtor. / | |
| In re: | CASE NO. 3:10-bk- |
| BLACK CROW MEDIA, LLC, | CHAPTER 11 |
| Debtor. / | |
| In re: | CASE NO. 3:10-bk- |
| BLACK CROW RADIO, LLC, | CHAPTER 11 |
| Debtor. / | |
| In re: | CASE NO. 3:10-bk- |
| BLACK CROW MEDIA OF VALDOSTA, LLC, | CHAPTER 11 |
| Debtor. / | |

| | |
|---|---|
| In re: | CASE NO. 3:10-bk- |
| RTG RADIO, LLC, | CHAPTER 11 |
|     Debtor. _____/ | |
| In re: | CASE NO. 3:10-bk- |
| RAINBOW MEDIA, INC., | CHAPTER 11 |
|     Debtor. _____/ | |
| In re: | CASE NO. 3:10-bk- |
| ROCKET CITY BROADCASTING, LLC, | CHAPTER 11 |
|     Debtor. _____/ | |
| In re: | CASE NO. 3:10-bk- |
| THOMAS MEDIA, INC., | CHAPTER 11 |
|     Debtor. _____/ | |
| In re: | CASE NO. 3:10-bk- |
| THOMAS MEDIA OPERATIONS, LLC, | CHAPTER 11 |
|     Debtor. _____/ | |
| In re: | CASE NO. 3:10-bk- |
| THOMAS RADIO, LLC, | CHAPTER 11 |
|     Debtor. _____/ | |

**CONSOLIDATED LIST OF CREDITORS HOLDING THE TWENTY LARGEST
UNSECURED CLAIMS AGAINST THE DEBTORS**

    Set forth below is a list of creditors holding the twenty (20) largest unsecured claims against Black Crow Media Group, LLC ("Black Crow"), and its subsidiaries and affiliates that have contemporaneously commenced chapter 11 cases in this Court (collectively, the "Debtors").

as of approximately January 11, 2010. The list has been prepared on a consolidated basis from the books and records of the Debtors. The information presented in the list below shall not constitute an admission by, nor is it binding on, the Debtors.[1]

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The list does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE & FAX NUMBER & COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Arbitron, Inc. P.O. Box 3228 Carol Stream, IL 60132 | Jack Dowd 410-312-8276 | Trade Debt | | $547,312.92 |
| ASCAP P.O. Box 70547 Chicago, IL 60673 | 800-99-ASCAP | Trade Debt | | $275,220.00 |
| AT&T P.O. Box 5019 Carol Stream, IL 60197 | 800-235-7524 | Utility | | $1,626.09 |
| BMI Radio P.O. Box 406833 Atlanta, GA 30384 | 615-401-2951 | Trade Debt | | $300,321.19 |
| EME Communications 1711 Ellis Dr. Valdosta, GA 31601 | Clyde Scott 229-881-0199 | Trade Debt | | $1,800.00 |
| Florida Power & Light FPL General Mail Facility Miami, FL 33188 | 800-375-2434 | Utility | | $6,039.64 |
| Frank Barnas 1711 Ellis Dr. Valdosta, GA 31601 | | Trade Debt | | $1,666.67 |
| Frederic M. Wells 10022 Westleigh Drive Huntsville, AL 35803 | Fred Wells 256-882-0443 | Note | | $1,573,616.00 |
| Gabriel Media P.O. Box 210706 Nashville, TN 37221 | Rick Steele 615-646-9785 | Trade Debt | | $5,578.85 |

---

[1] The Debtors will file the schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. The information contained in the Schedules may differ from that set forth below. Furthermore, the Debtors have not yet identified which of their largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff. The Debtors reserve the right to identify any of their claims listed in the Schedules as contingent, unliquidated, disputed and/or subject to setoff as appropriate. Inclusion of a claim on this consolidated list is not an admission that the amounts are or are not contingent, unliquidated, disputed and/or subject to setoff nor an admission that the amounts listed are owed by more than one of the Debtors.

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE & FAX NUMBER & COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Grant Thornton LLP P.O. Box 532019 Atlanta, GA 30353 | Sonya Dixon 407-481-5100 | Professional Services | | $4,231.00 |
| Greater Media Charlotte, Inc. P.O. Box 65216 Charlotte, NC 28265 | 704-374-3500 | Trade Debt | | $807.08 |
| ISP Georgia Sports Dept. 905GEO P.O. Box 667715 Charlotte, NC 28266 | 336-831-0700 | Trade Debt | | $2,666.67 |
| John Hancock P.O. Box 7247-0192 Philadelphia, PA 19170 | 800-732-5543 | Trade Debt | | $15,240.00 |
| Paetec Communications PO Box 1283 Buffalo, NY 14240 | 800-881-4118 | Utility | | $1989.36 |
| Premiere Radio Networks, Inc. P.O. Box 98849 Chicago, IL 60693 | 818-461-8286 | Trade Debt | | $6,193.00 |
| Radio Music Licensee Committee P.O. Box 34655 Newark, NJ 07189 | 212-308-4311 | Trade Debt | | $8,622.00 |
| SESAC 55 Music Square East Nashville, TN 37203 | Nanette Coffee 615-320-0055 | Trade Debt | | $55,451.24 |
| Titans Radio 506 Second Ave. South Nashville, TN 37210 | 615-244-9533 | Trade Debt | | $1,750.00 |
| William Morris Talent 1325 Avenue of the Americas New York, NY 100019 | 212-903-1527 | Trade Debt | | $1,190.26 |
| Wolfe Communications 438 East Main Street Jackson, TN 38301 | James Wolfe 731-424-1383 | Note | | $304,980.00 |

## DECLARATION REGARDING THE CONSOLIDATED LIST OF CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

I, James L. Devis, Chief Financial Officer of Black Crow Media Group, LLC, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge, information and belief.

Date: January 12, 2010          By: _____
                                James L. Devis
                                Chief financial Officer

13090869.1